JOHN S. LEONARDO
United States Attorney
District of Arizona
JEREMY J. BUTLER
Assistant U.S. Attorney
Arizona State Bar No. 028740
Financial Litigation Unit
405 W. Congress Street, #4900
Tucson, Arizona  85701-5041
Telephone:  (520)620-7300
Jeremy.Butler@usdoj.gov
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 07-0260-001-PHX-DGC |
| Plaintiff, | **APPLICATION FOR WRIT OF GARNISHMENT** |
| v. | |
| David Steven Goldfarb, | |
| Defendant, | |
| Bank of America N.A., | |
| Garnishee. | |

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against Defendant David Steven Goldfarb, who last resided in Scottsdale, Arizona, in the above entitled action in the amount of $19,567,712.00, and post-judgment interest at the rate of 0%.  The total balance due on the Judgment is $19,258,653.23, as of August 25, 2016.

Demand for payment of the above stated debt was made upon the Debtor more than 30 days before this application, and Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which the Debtor has a substantial nonexempt interest, and it is believed that Garnishee will continue to have possession of property for which Garnishee is or may become indebted to

the Debtor.

The name and address of Garnishee or its authorized agent is:

**Bank of America N.A.**
**Legal Order Processing**
**Po Box 15047**
**Wilmington, DE 19850-5047**

DATED:   August 31, 2016.

>JOHN S. LEONARDO
>United States Attorney
>District of Arizona
>
>*s/ Jeremy J. Butler*
>Jeremy J. Butler
>Assistant U.S. Attorney